

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00134-CV

Tammy **BARBA**,
Appellant

v.

**RIDGE CREST MHC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV10704
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellant's motion to dismiss is **GRANTED** and this appeal is **DISMISSED**. Appellate costs are taxed against appellant Tammy Barba.

SIGNED June 18, 2025.

_____
Velia J. Meza, Justice